SEALED BY ORDER OF COURT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

---

UNITED STATES OF AMERICA,

V.

JAIME ONTIVEROS,
JONATHAN LEE,
JAIME MEDINA HERNANDEZ, and
CLEMENTE GARCIA BARRAZA

**FILED**
Aug 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

EJD NC

CR 21 00325

DEFENDANT(S). CR 21-0325 EJD

---

## INDICTMENT

Count One: 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine;
Count Two and Three: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of Methamphetamine;
Count Four: 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine;
Count Five: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. § 853

A true bill.

/s/ Foreperson of the Grand Jury
Foreman

Filed in open court this 24th day of

August, 2021 .

Karen L. Hom
Clerk

Bail, $ No Bail

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

SEALED BY ORDER OF COURT

FILED
Aug 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 21 00325 EJD NC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME ONTIVEROS,<br>JONATHAN LEE,<br>JAIME MEDINA HERNANDEZ, and<br>CLEMENTE GARCIA BARRAZA,<br><br>Defendants. | No. CR 21-0325 EJD<br><br><u>VIOLATIONS</u>: 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of Methamphetamine; 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. § 853 – Drug Forfeiture<br><br>SAN JOSE VENUE |

<u>INDICTMENT</u>

The Grand Jury charges:

<u>COUNT ONE</u>: (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

Beginning at a time unknown to the Grand Jury, but no later than in or about June 2018, and continuing to on or about October 21, 2018, in the Northern District of California and elsewhere, defendants,

JAIME ONTIVEROS, and

JONATHAN LEE,

and others known and unknown, did knowingly and intentionally conspire to distribute, and possess with intent to distribute, a Schedule II controlled substance, to wit, five (5) grams and more of actual methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of Methamphetamine)

On or about June 22, 2018, in the Northern District of California, defendants,

JAIME ONTIVEROS, and
JONATHAN LEE,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit, five (5) grams and more of actual methamphetamine, its salts, isomers, and salts of its isomers, and did aid and abet the same, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

COUNT THREE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Distribution of Methamphetamine)

On or about August 2, 2018, in the Northern District of California, defendants,

JAIME ONTIVEROS, and
JONATHAN LEE,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit, five (5) grams and more of actual methamphetamine, its salts, isomers, and salts of its isomers, and did aid and abet the same, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

COUNT FOUR: (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

Beginning at a time unknown to the Grand Jury, but no later than in or about August 2019, and continuing to on or about September 10, 2019, in the Northern District of California and elsewhere, defendants,

JAIME ONTIVEROS,
JAIME MEDINA HERNANDEZ, and
CLEMENTE GARCIA BARRAZA,

and others known and unknown, did knowingly and intentionally conspire to distribute and possess with intent to distribute a Schedule II controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine)

On or about September 10, 2019, in the Northern District of California, defendants,

JAIME ONTIVEROS,
JAIME MEDINA HERNANDEZ, and
CLEMENTE GARCIA BARRAZA,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, and did aid and abet the same, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C), and Title 18, United States Code, Section 2.

FIRST FORFEITURE ALLEGATION: (21 U.S.C. § 853 – Drug Forfeiture)

1. The allegations contained in Counts One through Five of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2. Upon a conviction of the offenses alleged in Counts One through Five of the Indictment, the defendants,

JAIME ONTIVEROS,
JONATHAN LEE,
JAIME MEDINA HERNANDEZ, and
CLEMENTE GARCIA BARRAZA,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense or offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense or offenses. The property to be forfeited includes, but is not limited.to, a money judgment.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DATED: August 24, 2021

A TRUE BILL.

/s/

FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney

Jeffrey A. Backhus
JEFFREY A. BACKHUS
Assistant United States Attorney

SEALED BY ORDER OF COURT

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
Aug 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## OFFENSE CHARGED

See Attached

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

CR 21 00325 EJD NC

## DEFENDANT - U.S

JAIME ONTIVEROS

DISTRICT COURT NUMBER

CR 21-0325 EJD

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations/Drug Enforcement Admin.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jeffrey A. Backhus

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

A1

## ATTACHMENT TO PENALTY SHEET

**U.S.**
**v.**
**JAIME ONTIVEROS**

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute Five (5) Grams or More of Actual Methamphetamine (Count One); 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Five (5) Grams or More of Actual Methamphetamine (Count Two); 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Five (5) Grams or More of Actual Methamphetamine (Count Three); 21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (Count Four); 21 U.S.C. §§ 841 (a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine (Count Five); 21 U.S.C. § 853 – Drug Forfeiture

**Count One:** 21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute Five (5) Grams or More of Actual Methamphetamine

| Penalties: | |
|---|---|
| Maximum Prison Sentence: | Mandatory minimum 5 years imprisonment<br>Maximum 40 years imprisonment. |
| Maximum Fine: | $8,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 4 years |
| Special Assessment: | $100 |

**Counts Two and Three:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Five (5) Grams or More of Actual Methamphetamine

| Penalties: | |
|---|---|
| Maximum Prison Sentence: | Mandatory minimum 5 years imprisonment<br>Maximum 40 years imprisonment. |
| Maximum Fine: | $8,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 4 years |
| Special Assessment: | $100 |

**Count Four:** §§ 846, 841 (a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine

| Penalties: | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 3 years |
| Special Assessment: | $100 |

Δ1

**Count Five:** 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine

Penalties:

| | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 3 years |
| Special Assessment: | $100 |

FORFEITURE ALLEGATION: 21 U.S.C. § 853 – Drug Forfeiture

Penalties:
Forfeiture

Δ1

SEALED BY ORDER OF COURT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**

See Attached

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attached

CR 21 00325 EJD NC

FILED
Aug 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**DEFENDANT - U.S**

JONATHAN LEE DISTRICT

COURT NUMBER

CR 21-0325 EJD

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Homeland Security Investigations/Drug Enforcement Admin.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jeffrey A. Backhus

**DEFENDANT**

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

AJ

## ATTACHMENT TO PENALTY SHEET

**U.S.**
**v.**
**JONATHAN LEE**

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute Five (5) Grams or More of Actual Methamphetamine (Count One); 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Five (5) Grams or More of Actual Methamphetamine (Count Three); 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Five (5) Grams or More of Actual Methamphetamine (Count Four); 21 U.S.C. § 853 – Drug Forfeiture

**Count One**: 21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute Five (5) Grams or More of Actual Methamphetamine

Penalties:

| | |
|---|---|
| Maximum Prison Sentence: | Mandatory minimum 5 years imprisonment<br>Maximum 40 years imprisonment. |
| Maximum Fine: | $8,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 4 years |
| Special Assessment: | $100 |

**Counts Two and Three:** 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Five (5) Grams or More of Actual Methamphetamine

Penalties:

| | |
|---|---|
| Maximum Prison Sentence: | Mandatory minimum 5 years imprisonment<br>Maximum 40 years imprisonment. |
| Maximum Fine: | $8,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 4 years |
| Special Assessment: | $100 |

FORFEITURE ALLEGATION: 21 U.S.C. § 853 – Drug Forfeiture

Penalties:
Forfeiture

Δ2

SEALED BY ORDER OF COURT

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

See Attached

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY: See Attached

CR 21 00325 EJD

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

FILED
Aug 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
NC

**DEFENDANT - U.S**

JAIME MEDINA HERNANDEZ

DISTRICT COURT NUMBER

CR 21-0325 EJD

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations/Drug Enforcement Admin.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jeffrey A. Backhus

**DEFENDANT**

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

Δ3

## ATTACHMENT TO PENALTY SHEET

**U.S.**
**v.**
**JAIME MEDINA HERNANDEZ**

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (Count Four); 21 U.S.C. §§ 841 (a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine (Count Five); 21 U.S.C. § 853 – Drug Forfeiture

**Count Four:** §§ 846, 841 (a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine

Penalties:

| | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 3 years |
| Special Assessment: | $100 |

**Count Five:** 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine

Penalties:

| | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 3 years |
| Special Assessment: | $100 |

FORFEITURE ALLEGATION: 21 U.S.C. § 853 – Drug Forfeiture

Penalties:
Forfeiture

Δ3

SEALED BY ORDER OF COURT

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

See Attached

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

CR 21

## DEFENDANT - U.S

CLEMENTE GARCIA BARRAZA

DISTRICT COURT NUMBER

CR 21-0325 EJD

00325 EJD

FILED
Aug 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations/Drug Enforcement Admin.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jeffrey A. Backhus

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

Δ4

## ATTACHMENT TO PENALTY SHEET

**U.S.**
**v.**
**CLEMENTE GARCIA BARRAZA**

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841 (a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (Count Four); 21 U.S.C. §§ 841 (a)(1), (b)(1)(C) – Possession with Intent to Distribute Cocaine (Count Five); 21 U.S.C. § 853 – Drug Forfeiture

**Count Four:** §§ 846, 841 (a)(1), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine

| Penalties: | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 3 years |
| Special Assessment: | $100 |

**Count Five:** 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine

| Penalties: | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $5,000,000 |
| Maximum Supervised Release: | Lifetime |
| Minimum Supervised Release | 3 years |
| Special Assessment: | $100 |

FORFEITURE ALLEGATION: 21 U.S.C. § 853 – Drug Forfeiture

Penalties:
Forfeiture